IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:05-CR-197-1-TWT |
| EDUARDO VALENCIA ARIAS also known as Fausto, | |
| Defendant. | |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 275] of the Magistrate Judge ruling on various pretrial motions. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motion to Suppress [Doc. 117], Motion to Dismiss [Doc. 119], Motion to Suppress Title III [Doc. 156], and Motion to Sever [Doc. 158] are DENIED. The Motion to Sever [Doc. 158] is DENIED except as to *Bruton* issues which are deferred.

SO ORDERED, this 20 day of August, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge